UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INSURATEC, INC., <br>       Plaintiff, <br>   v. <br> ELIOS, INC., <br>       Defendant. <br><br> ELIOS, INC., <br>       Cross-claimant, <br>   v. <br> INSURATEC, INC., <br>       Defendant. | No. C 05-1794 BZ <br><br> **SCHEDULING ORDER** |

    Having received the parties' stipulation to continue the hearing on defendant Elios, Inc.'s motion for change of division to July 20, 2005, the parties are advised that the Court is unavailable on that date. **IT IS THEREFORE ORDERED** that any opposition to defendant's motion must be filed no later than June 29, 2005.  Any reply must be filed no later

1

1 | than July 6, 2005.  The Court will then schedule a hearing
2 | if it concludes one is necessary.
3 | Dated: June 21, 2005

                                            /s/Bernard Zimmerman
                                             Bernard Zimmerman
                                    United States Magistrate Judge

G:\BZALL\-BZCASES\INSURATEC\SCHEDULING.ORD.wpd