UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| INSURATEC, INC., | ) | |
| Plaintiff, | ) | No. C 05-01794 BZ |
| v. | ) | |
| ELIOS, INC., | ) | **ORDER DENYING DEFENDANT'S MOTION FOR CHANGE OF DIVISION** |
| Defendant. | ) | |
| ELIOS, INC., | ) | |
| Counterclaimant, | ) | |
| v. | ) | |
| INSURATEC, INC., | ) | |
| Counterdefendant. | ) | |

Before me is defendant, Elios, Inc.'s motion for a change of division from San Francisco to Oakland. I find no need for argument.

This case was randomly assigned to a judge in San Francisco under Civil Local Rule 3-2(d) (action arising out of Contra Costa County is properly assigned to either the San Francisco or Oakland division) and not because plaintiff's

1

counsel resides in San Francisco, as defendant suggests. Balancing the interests of justice reflected by the court's assignment plan against the minimal inconvenience to East Bay parties and witnesses in coming to San Francisco, given the close proximity of the San Francisco and Oakland courthouses, I conclude that defendant's showing is inadequate to support a transfer.  **IT IS HEREBY ORDERED** that the motion is **DENIED**.

Dated: July 8, 2005

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\INSURATEC\order denying change of division2.wpd

2