UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| INSURATEC, INC., | ) | |
| Plaintiff, | ) | No. C 05-01794 BZ |
| v. | ) | **ORDER VACATING HEARING** |
| ELIOS, INC., | ) | |
| Defendant. | ) | |
| ELIOS, INC., | ) | |
| Cross-claimant, | ) | |
| v. | ) | |
| INSURATEC, INC., | ) | |
| Defendant. | ) | |

The Court having been advised by Mr. Jenks's September 12, 2005 letter that the parties have settled (See Docket Entry No. 24), **IT IS HEREBY ORDERED** that the hearing on third-party defendant Steve Zalewski's motion to dismiss count two of defendant Elios's third-party complaint currently scheduled for Wednesday, September 21, 2005 is **VACATED**.

Dated: September 14, 2005

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\INSURATEC\VACATE.wpd

1