11/16/2005 09:56 FAX 415 836 2501    DLAPRGC US LLP                                    @002
Case 3:05-cv-01794-BZ   Document 29   Filed 11/29/05   Page 1 of 2
Case 3:05-cv-01794-BZ   Document 28   Filed 11/16/2005   Page 1 of 2

1 | **ROBERTS & ELLIOTT LLP**
    JAMES ROBERTS, SBN 98804
2 | Ten Almaden Boulevard
    Suite 500
3 | San Jose, CA  95113
    Telephone:  (408) 275-9800
4 | Fax:        (408) 287-3782
    e-mail:     jroberts@robertselliott.com
5 |
    **TERRA LAW LLP**
6 | MARK W. GOOD, SBN 218809
    60 South Market Street
7 | Suite 200
    San Jose, CA  95113
8 | Telephone:  (408) 299-1200
    Fax:        (408) 998-4895
9 | e-mail:     mgood@terra-law.com

10 | Attorneys for Defendant/Counter-Claimant
     Elios, Inc.
11 |
12 |
13 |                    UNITED STATES DISTRICT COURT
14 |                   NORTHERN DISTRICT OF CALIFORNIA
15 |                        SAN FRANCISCO DIVISION
16 |
17 | INSURATEC, INC.,                    )   No. C 05 01794-BZ
                                         )
18 |                  Plaintiff,         )
                                         )   **STIPULATION AND (Proposed)**
19 | vs.                                 )   **ORDER RE: CONTINUANCE OF**
                                         )   **MOTION TO DISMISS HEARING**
20 |                                     )
     ELIOS, INC.,                        )   DATE: December 7, 2005
21 |                  Defendant          )
                                         )   TIME: 10:00 AM
22 | _____  )
     ELIOS, INC.,                        )
23 |                                     )
                     Counter-claimant,   )
24 |                                     )
     vs.                                 )
25 |                                     )
     INSURATEC, INC.,                    )
26 | STEVE ZALEWSKI                      )
                                         )
27 |                  Counter-Defendants.)
     _____  )
28 |

STIPULATION AND (Proposed) ORDER
RE: CONTINUANCE OF MOTION TO DISMISS HEARING
No. C 05 01794-BZ                                                                    1

11/16/2005 09:56 FAX 415 836 2501   DLAPRGC US LLP                            ☒003
Case 3:05-cv-01794-BZ   Document 29   Filed 11/29/05   Page 2 of 2
Case 3:05-cv-01794-BZ   Document 28   Filed 11/16/2005   Page 2 of 2

Defendant/Counter-Claimant ELIOS and Plaintiff/Counter-Defendant STEVE ZALEWSKI hereby stipulate that the hearing on December 7, 2005 for Plaintiff/Counter-Defendant STEVE ZALEWSKI'S MOTION TO DISMISS COUNT TWO OF DEFENDANT ELIOS'S THIRD PARTY COMPLAINT, filed on July 20, 2005, be continued to February 15, 2006.

Pursuant to *Local Rule 7-7 subpart (d)*, the time for filing and serving opposition papers will be automatically extended to 21 days preceding the new hearing date.

ROBERTS & ELLIOTT, LLP

DATED: 11-15-05   By: _____
                      JAMES K. ROBERTS, Esq.
                      Attorneys for Defendant/Counter-Claimant ELIOS, INC.

DLA PIPER RUDNICK GRAY CARY US LLP

DATED: 11/16/05   By: _____ FOR TODD JENKS
                      M. TODD JENKS, Esq.
                      Attorneys for Plaintiff/Counter-Defendant STEVE ZALEWSKI

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED that the MOTION TO DISMISS currently set for December 7, 2005 is continued to February 15, 2006 at 10:00 A.M.

DATED: November 28, 2005   By: _____
                               Honorable Bernard Zimmerman

IT IS SO ORDERED
Judge Bernard Zimmerman
UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

STIPULATION AND (Proposed) ORDER
RE: CONTINUANCE OF MOTION TO DISMISS HEARING
No. C 06 01794-BZ

2