JAN-27-06 11:28AM FROM-TERRA LAW T-873 P.002/003 F-460
Case 3:05-cv-01794-BZ Document 33 Filed 01/30/2006 Page 1 of 2
Case 3:05-cv-01794-BZ Document 32 Filed 01/27/2006 Page 1 of 2

1  **ROBERTS & ELLIOTT LLP**
   JAMES ROBERTS, SBN 98804
2  Ten Almaden Boulevard
   Suite 500
3  San Jose, CA  95113
   Telephone:  (408) 275-9800
4  Fax:          (408) 287-3782
   e-mail:    jroberts@robertselliott.com
5
   **TERRA LAW LLP**
6  MARK W. GOOD, SBN 218809
   60 South Market Street
7  Suite 200
   San Jose, CA  95113
8  Telephone:  (408) 299-1200
   Fax:          (408) 998-4895
9  e-mail:    mgood@terra-law.com

10 Attorneys for Defendant/Counter-Claimant
   Elios, Inc.
11
12
13                UNITED STATES DISTRICT COURT
14                NORTHERN DISTRICT OF CALIFORNIA
15                   SAN FRANCISCO DIVISION
16

| 17 | INSURATEC, INC., | No. C 05 01794-BZ |
|---|---|---|
| 18 | Plaintiff, | |
| 19 | vs. | **STIPULATION AND (Proposed) ORDER RE: CONTINUANCE OF MOTION TO DISMISS HEARING** |
| 20 | ELIOS, INC., | DATE: February 15, 2006 |
| 21 | Defendant | TIME: 10:00 AM |
| 22 | | |
| 23 | ELIOS, INC., | |
| 24 | Counter-claimant, | |
| 25 | vs. | |
| 26 | INSURATEC, INC., STEVE ZALEWSKI | |
| 27 | Counter-Defendants. | |
| 28 | | |

STIPULATION AND (Proposed) ORDER
RE: CONTINUANCE OF MOTION TO DISMISS HEARING
No. C 05 01794-BZ

1

Defendant/Counter-Claimant ELIOS and Plaintiff/Counter-Defendant STEVE ZALEWSKI hereby stipulate that the hearing on February 15, 2006 for Plaintiff/Counter-Defendant STEVE ZALEWSKI'S MOTION TO DISMISS COUNT TWO OF DEFENDANT ELIOS'S THIRD PARTY COMPLAINT, filed on July 20, 2005, be continued to June 21, 2006.

Pursuant to *Local Rule 7-7 subpart (d)*, the time for filing and serving opposition papers will be automatically extended to 21 days preceding the new hearing date.

TERRA LAW LLP

DATED: 1/27/2006    By: _____
                        Mark W. Good
                        Attorneys for Defendant/Counter-Claimant ELIOS, INC.

DLA PIPER RUDNICK GRAY CARY US LLP

DATED: 1/25/06    By: _____
                      Defendant STEVE ZALEWSKI

### ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED that the MOTION TO DISMISS currently set for February 15, 2006 is continued to June 21, 2006 at 10:00 A.M.

DATED: January 26, 2006    By: _____
                               Honorable Magistrate Zimmerman



IT IS SO ORDERED
Judge Bernard Zimmerman