UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INSURATEC, INC., <br><br>   Plaintiff, <br><br>   v. <br><br> ELIOS, INC., <br><br>   Defendant. <br>―――――――――――――――――― <br> ELIOS, INC., <br><br>   Counter-claimant, <br><br>   v. <br><br> INSURATEC, INC., et al. <br><br>   Counter-defendants. <br>―――――――――――――――――― | No. C 05-01794 BZ <br><br> **ORDER VACATING HEARING ON MOTION TO DISMISS COUNT TWO OF DEFENDANT ELIOS'S THIRD-PARTY COMPLAINT** |

Counter-defendant Steve Zalewski filed a Motion to Dismiss Count Two of Defendant Elios's Third-Party Complaint on July 20, 2005. The court continued the hearing on the motion to dismiss several times at the request of the parties. **IT IS HEREBY ORDERED** that the hearing on the motion to dismiss currently scheduled for June 21, 2006, is **VACATED**. If a

1

1  hearing on the motion to dismiss should become necessary in
2  the future, counter-defendant Zalewski may re-notice the
3  hearing.
4  Dated:  March 2, 2006

                                    _____
                                          Bernard Zimmerman
                                    United States Magistrate Judge
G:\BZALL\-BZCASES\INSURATEC\VACATE.ORD.wpd