1  **ROBERTS & ELLIOTT LLP**
   JAMES ROBERTS, SBN 98804
2  Ten Almaden Boulevard
   Suite 500
3  San Jose, CA  95113
   Telephone:  (408) 275-9800
4  Fax:            (408) 287-3782
   e-mail:        jroberts@robertselliott.com
5
   **TERRA LAW LLP**
6  MARK W. GOOD, SBN 218809
   60 South Market Street
7  Suite 200
   San Jose, CA  95113
8  Telephone:  (408) 299-1200
   Fax:            (408) 998-4895
9  e-mail:        mgood@terra-law.com

10 Attorneys for Defendant/Cross-Claimant
   Elios, Inc
11

12

13

14                UNITED STATES DISTRICT COURT

15                NORTHERN DISTRICT OF CALIFORNIA

16                   SAN FRANCISCO DIVISION

17

18 INSURATEC, INC.,                    )
19                  Plaintiff,         )   No.  C 05 01794-BZ
                                       )
20 vs.                                 )
                                       )   [~~Proposed~~] ORDER RE:
21 ELIOS, INC.,                        )   STIPULATION OF DISMISSAL
                   Defendant           )   (Fed R Civ P 41(a)(1))
22                                     )
                                       )
23 AND RELATED CROSS-CLAIM             )
                                       )
24

25 //

26 //

27 //

28 //

The Court has reviewed the Stipulation entered into by the parties. Accordingly, IT IS ORDERED:

1. That the matter is dismissed, in its entirety, with prejudice.
2. Each party is to bear its own costs and fees.

DATED: 10 March 06

Honorable Magistrate Judge Bernard Zimmerman